1 DOUGLAS I. HORNGRAD
Attorney at Law
2 (CA State Bar No. 95086)
Maybeck Building Four
3 1736 Stockton Street
San Francisco, CA 94133
4 Telephone: (415) 397-9509
Facsimile: (415) 397-9519
5
Attorney for Defendant
6 PHILIP KUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Hon. Magistrate Judge Brazil |
|---|---|
| Plaintiff, | U.S. District Court |
| v. | Case No. CR 09-00080-DLJ |
| PHILIP KUANG, | **STIPULATION AND [PROPOSED] ORDER RE TRAVEL** |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties, and with the approval of Pretrial Services Officer Michelle Nero, that defendant Philip Kuang may travel to Corona, California, located in Riverside County, commencing Thursday, June 25, 2009, and returning Sunday, June 28, 2009. For this travel Mr. Kuang shall, in advance, inform the Pretrial Services Officer of his itinerary and lodging arrangements and provide a contact number where he can be reached at his destination. Mr. Kuang shall contact the Pretrial Services

//
//
//
//
//

1  Officer on the day of his departure and on the day of his return.

2

3  Dated: June 5, 2009                                /s/ Douglas Horngrad
                                                     DOUGLAS I. HORNGRAD
4                                                    Attorney for Defendant
                                                     PHILIP KUANG
5

6

7  Dated: June 5, 2009                                /s/ Kyle Waldinger (with consent)
                                                     KYLE WALDINGER
8                                                    Assistant United States Attorney

9

10

11  Dated: June 5, 2009                               /s/ Michell Nero (with consent)
                                                     MICHELLE NERO
12                                                   U.S. Pretrial Services Officer

13

14     **IT IS SO ORDERED.**

15

16

17  Dated: June __9__ , 2009                         _____
                                                     **HON. WAYNE D. BRAZIL**
18                                                   MAGISTRATE JUDGE
                                                     UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27

28