1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519

5
   Attorney for Defendant
6  PHILIP KUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Hon. Magistrate Judge Brazil |
|---|---|
| Plaintiff, | U.S. District Court |
| v. | Case No. CR 09-00080-DLJ |
| PHILIP KUANG, | **STIPULATION AND ORDER RE TRAVEL** |
| Defendant. | |

**IT IS HEREBY STIPULATED** between the parties, and with the approval of Pretrial Services Officer Michelle Nero, that defendant Philip Kuang may travel to Corona, California, located in Riverside County, commencing Monday, July 20, 2009, and returning Saturday, July 25, 2009. The purpose of this travel is so that Mr. Kuang may help his goddaughter move her belongings to Alameda, California, which may require more than one trip to and from Corona. For this travel Mr. Kuang shall, in advance, inform the Pretrial Services Officer of his itinerary and lodging arrangements and provide a contact number where he can be reached at his destination. Mr. Kuang shall contact the Pretrial Services

//
//
//

1  Officer on the day of his departure and on the day of his return.

2

3  Dated: July 8, 2009                               /s/ Douglas Horngrad
                                                    DOUGLAS I. HORNGRAD
4                                                   Attorney for Defendant
                                                    PHILIP KUANG
5

6

7  Dated: July 8, 2009                               /s/ Kyle Waldinger (with consent)
                                                    KYLE WALDINGER
8                                                   Assistant United States Attorney

9

10

11 Dated: July 2, 2009                               /s/ Michell Nero (with consent)
                                                    MICHELLE NERO
12                                                  U.S. Pretrial Services Officer

13

14        **IT IS SO ORDERED.**

15

16

17 Dated: July 10 , 2009                            [signature]
                                                    **HON. WAYNE D. BRAZIL**
18                                                  MAGISTRATE JUDGE
19                                                  UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28