1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER  (ILSB 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
      Telephone:  (415) 436-7200
7     Facsimile: (415) 436-7234
      E-Mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,        )      No. CR 09-0080 DLJ
                                    )
14        Plaintiff,                )
                                    )      NOTICE OF DISMISSAL; ORDER
15     v.                           )
                                    )
16 PHILLIP KUANG,                   )
       a/k/a Philip Kuang,          )
17     a/k/a Jue Biao Kuang,        )
                                    )
18        Defendant.                )
   _____)

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a) and

20 the United States' plea agreement with the co-defendant James Kuang, the United States

21 Attorney for the Northern District of California dismisses the charges against the defendant

22 Phillip Kuang in the above Indictment.

23 DATED:     9/23/2009                     Respectfully submitted,

24                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
25

26
                                            _____/s/_____
27                                          BRIAN J. STRETCH
                                            Chief, Criminal Division
28

   NOTICE OF DISMISSAL
   CR 09-0080 DLJ

1  Leave is granted to the government to dismiss the charges against the defendant Phillip
2  Kuang in the Indictment.
3
4  DATED: October 1, 2009
5  _____
   D. LOWELL JENSEN
6  United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
CR 09-0080 DLJ